

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00107-CV

FABIAN THOMAS                                                                    APPELLANT

V.

DENISE DANIEL                                                                      APPELLEE

-----------

FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered appellant's "Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

---

[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  August 23, 2012